IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Dmitri Gabryszak, and ) | |
| Julie Carlock, on behalf of ) | |
| themselves and all other ) | |
| plaintiffs similarly ) | |
| situated, ) | |
|        Plaintiffs, ) | |
| ) | |
|     v. ) | Case No.: 1:17-cv-2224 |
| ) | |
| Aurora Bull Dog Co., ) | |
|        Defendant. ) | |

**PLAINTIFFS' NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

Plaintiffs Dmitri Gabryszak ("Dmitri") and Julie Carlock ("Julie") on behalf of themselves and all other plaintiffs similarly situated, by and through their attorneys, accept the Offer of Judgment made by Defendant Aurora Bull Dog Co. pursuant to Fed. R. Civ. Pro. 68. The Offer of Judgment is attached hereto as Exhibit 1. Plaintiffs accept the Offer of Judgment for those portions of their claims specifically designated in Exhibit 1.

Dated February 19, 2019                      Respectfully Submitted,

                                                          By: /s/ Kimberly Hilton
                                                          One of the Attorneys for the Plaintiffs

David J. Fish
Kimberly Hilton
John Kunze
THE FISH LAW FIRM
200 E 5th Ave Suite 123
Naperville, IL 60563
Email: khilton@fishlawfirm.com

## **CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that a true and correct copy of the foregoing **Plaintiffs' Notice of Acceptance of Offer of Judgment** was served via ECM/CF filing system on February 19, 2019 to all counsel of record.

                              By:   /s/ Kimberly Hilton
                                           One of Plaintiffs' Attorneys

David J. Fish
Kimberly Hilton
John Kunze
THE FISH LAW FIRM, P.C.
200 E 5th Ave Suite 123
Naperville, Illinois 60563
T: (630) 355-7590
F: (630) 778-0400