UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Dmitri Gabryszak, et al.
Plaintiff,
v.   Case No.: 1:17−cv−02224
Honorable Young B. Kim

Aurora Bull Dog Co.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 9, 2019:

MINUTE entry before the Honorable Young B. Kim: In light of the joint status report filed, Plaintiffs' motion for leave to file an amended complaint [77] is granted. Plaintiffs are ordered to file their amended complaint as a separate docket entry by May 13, 2019. Plaintiffs' motion for entry of judgment [79] is granted in part and denied in part. The motion for entry of judgment is granted in that judgment is entered on Count III in favor of Plaintiffs and the named individuals in the offer of judgment, (R. 73−1 at 2−3), in the amount of $25,914, plus attorneys' fees and costs in the amount of $24,000. The motion for entry of judgment is denied to the extent that Plaintiffs seek to have this judgment to be entered as of February 19, 2019. Neither the offer of judgment nor Rule 68 dictates that the date of the judgment shall be the date Plaintiffs file their notice of acceptance. As such, the court has no jurisdiction to grant the relief Plaintiffs seek. A status hearing is scheduled for May 24, 2019, at 10:30 a.m. by phone for an update on discovery and whether motion practice is required to resolve outstanding issues. The conference call number for the status hearing is (877) 336−1839 and the passcode is 4333213. Mailed notice (ma,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.